```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
IRMA Y. DAVID,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :     22 Civ. 6658 (JPC) (GWG)
              -v-                                                      :
                                                                       :     ORDER
COMMISSIONER OF SOCIAL SECURITY,                                       :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Gabriel W. Gorenstein.

If both parties consent to proceed before Judge Gorenstein, counsel for the defendant must, within two weeks of the date of this Order, submit to the Orders & Judgments Clerk at judgments@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). If the Court approves that form, all further proceedings will then be conducted before Judge Gorenstein rather than before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.

If either party does not consent to conducting all further proceedings before Judge Gorenstein, the parties must file a joint letter, within two weeks of this Order, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do

not consent.  At that time, the court will then refer this case to Judge Gorenstein for a report and recommendation on any motion for judgment on the pleadings.

    The parties are free to withhold consent to conducting all further proceedings before Judge Gorenstein without negative consequences.

    SO ORDERED.

Dated: August 9, 2022
       New York, New York

                                    JOHN P. CRONAN
                            United States District Judge