**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IRMA Y.D.,

                Plaintiff,                      22 **CIVIL** 6658 (GRJ)

      -v-                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 16, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 20) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 22) is DENIED; and this case is REMANDED for further proceedings consistent with the Decision and Order. Final judgment is entered in favor of Plaintiff.

**Dated:** New York, New York
           August 16, 2023

                                                              **RUBY J. KRAJICK**

                                                                _____
                                                                    **Clerk of Court**

                              **BY:**          *K. Mango*

                                                                 _____
                                                                    **Deputy Clerk**