**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IRMA Y.D.,

                Plaintiff,                22 **CIVIL** 6658 (GRJ)

     -v-                            **AMENDED JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 16, 2023, and the Court's Order dated November 6, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 20) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 22) is DENIED; 1. The Commissioner's Motion to Alter or Amend the Court's Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, Docket No. 30, is GRANTED. 2. While the Commissioner is requested to give expedited consideration to this matter on remand, the specific deadlines set forth in this Court's Decision and Order are VACATED. 3. The Decision and Order shall otherwise remain in full force and effect, except as expressly amended herein.

**Dated:**  New York, New York
           November 7, 2023                          **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                        **BY:**
                                                               _____
                                                                    **Deputy Clerk**