UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
IRMA Y. DAVID,

                Plaintiff,                ORDER
                                        1:22-CV-06658-GRJ

     v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

Pending before the Court is the parties' Stipulation for Allowance of

Fees under the Equal Access to Justice Act and Costs Under 28 U.S.C. §

1920. (Docket No. 38.)  The parties have stipulated that Plaintiff should be

awarded twelve thousand five-hundred dollars ($12,500.00) in attorney's

fees under the Equal Access to Justice Act.

Upon due consideration, it is **ORDERED**:

1.    Plaintiff is awarded attorney's fees under the EAJA in the

amount of **$12,500.00**. The payment of attorney's fees is subject to any

offsetting debt owed by the Plaintiff to the United States. Before the

Commissioner shall be obligated to pay the EAJA fees and expenses, the

Commissioner must determine whether Plaintiff owes a debt to the

government. In the event the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner must then pay the fees and expenses directly to Plaintiff's counsel.

2.     The Clerk is directed to terminate Plaintiff's Motion for Attorney's Fees (Docket No. 35) as a pending motion.

Dated: November 17, 2023          *s/ Gary R. Jones*
                                                 GARY R. JONES
                                                 United States Magistrate Judge